# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 1129

VERSUS

MATTHEW EZEKIEL PIER

**MARCH 9, 2026**

---

In Re:    Matthew E. Pier, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No. CR-
          2201754.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

                          SMM
                          BDE
                          WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT